UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.1
Eastern Division

Toby Branden

                     Plaintiff,

v.                                                  Case No.: 1:17−cv−07947
                                                     Honorable Charles P. Kocoras

Checker Drive−in Restaurants, Inc., et al.

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 7, 2017:

      MINUTE entry before the Honorable Charles P. Kocoras: Pursuant to Notice of Voluntary Dismissal filed on 12/7/2017, this case is terminated with prejudice and without costs as to Plaintiff's individual claims and without prejudice as to the putative class claims. Civil case terminated. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.